# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rolander Yarbarou Grice ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-00545-MOC

USA,

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/13/2012 Order.

Signed: September 14, 2012

Frank G. Johns, Clerk
United States District Court